■ In the Matter of FRANCIS P. AMORELLI et al., Respondents, v. FREDERIC S. BERMAN, as City Rent and Rehabilitation Administrator, Appellant, and JUDITH CHIRGWIN, Intervenor.— Judgment of the Supreme Court, Queens County, dated July 7, 1966, affirmed, without costs. No opinion. Beldock, P. J., Ughetta and Rabin, JJ., concur; Brennan and Hopkins, JJ., dissent and vote to reverse the judgment, with the following memorandum: In our opinion the facts and circumstances warranted the finding of the Administrator that the subject housing accommodation constitutes a part of a multiple dwelling; he therefore properly denied the issuance of a certificate of eviction (Rent, Eviction and Rehabilitation Regulations, § 55; see *Matter of Berger* v. *Herman,* 15 A D 2d 792; *Matter of Elman* v. *Weaver,* 9 A D 2d 694; *Matter of Cuccia* v. *Weaver,* 9 A D 2d 689).